In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-037 CR


____________________



GREGORY DWIGHT JOHNSON, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 98682






MEMORANDUM OPINION


 Without a plea bargain, appellant Gregory Dwight Johnson pled guilty to burglary of
a building. The trial court sentenced Johnson to two years of confinement in a state jail
facility.

 Johnson's appellate counsel filed a brief that presents counsel's professional
evaluation of the record and concludes the appeal is frivolous. See Anders v. California, 386
U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim.
App. 1978). On February 8, 2007, we granted an extension of time for appellant to file a pro
se brief. We received no response from the appellant.

 We reviewed the appellate record, and we agree with counsel's conclusion that no
arguable issues support an appeal. Therefore, we find it unnecessary to order appointment
of new counsel to re-brief the appeal. Compare Stafford v. State, 813 S.W.2d 503, 511 (Tex.
Crim. App. 1991). The judgment is affirmed. (1)

 AFFIRMED.


 ______________________________

 STEVE McKEITHEN

 Chief Justice



Submitted on May 29, 2007

Opinion Delivered June 6, 2007

Do Not Publish


Before McKeithen, C.J., Gaultney and Kreger, JJ.
1. Appellant may challenge our decision in this case by filing a petition for
discretionary review. See Tex. R. App. P. 68.